NUMBER 13-01-723-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________ 


DII INDUSTRIES, LLC, F/K/A 

DRESSER INDUSTRIES, INC., Appellant,


v.



HOWARD MOTEN, ET AL., Appellees.

_______________________________________________________ 


On appeal from the 128th District Court


of Orange County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, DII INDUSTRIES, LLC, F/K/A DRESSER INDUSTRIES, INC., perfected
an appeal from a judgment entered by the 128th District Court of Orange County,
Texas, in cause number A-000,492-C. Appellant has filed a motion to dismiss appeal
pursuant to settlement agreement. In the motion, appellant states that this case has
been resolved and appellant no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 29th day of March, 2007.